IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00213-BNB

DAVON Q. WILLIAMS,

    Plaintiff,

v.

ALEX J. MARTINEZ, Manager of Public Safety, City and County of Denver, in his
    official and individual capacities,
GARY WILSON, Director, Denver Sheriff's Department, in his official and individual l
    capacities,
DENVER SHERIFF'S DEPARTMENT, DEPUTIES AND SERGEANTS, in their official
    and individual capacities,
DENVER POLICE OFFICERS AND DETECTIVES 1-5, City and County of Denver, in
    their official and individual capacities, and
ANTHONY I. TAYLOR,[1]

    Defendants.

## **AMENDED** ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Davon Q. Williams, was incarcerated at the time he initiated this action. On March 4, 2014, he filed a notice advising the Court of his new residential address in Castle Rock, Colorado. Because Mr. Williams is no longer incarcerated, he must file a non-prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form. Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved form for filing

---

[1] On March 4, 2014, Mr. Williams filed a Letter (ECF No. 9) requesting that he be allowed to amend the caption to change the named Defendant "Gary Williams" to "Gary Wilson" and to add Anthony I. Taylor as a Defendant. The request for amendment will be granted.

a non-prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.   It is

FURTHER ORDERED that Mr. Williams' request to amend the caption (ECF No. 9), filed on March 4, 2014, is GRANTED.  The caption is amended to substitute Gary Wilson for Gary Williams, and to add Anthony I. Taylor as a Defendants.

DATED March 6, 2014, at Denver, Colorado.

BY THE COURT:


 s/ Boyd N. Boland
United States Magistrate Judge